No. 956. ILLINOIS PROTESTANT CHILDREN'S HOME, INC. *v.* ILLINOIS EX REL. DIRECTOR OF THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES. Sup. Ct. Ill. Certiorari denied. *William C. Burt* for petitioner. *William G. Clark,* Attorney General of Illinois, *Richard A. Michael,* Assistant Attorney General, and *Jerome F. Goldberg,* Special Assistant Attorney General, for respondent.

No. 958. H. C. BAXTER & BRO. ET AL. *v.* GREAT ATLANTIC & PACIFIC TEA CO., INC. C. A. 1st Cir. Certiorari denied. *W. Brown Morton* and *W. Brown Morton, Jr.,* for petitioners. *Nicholas John Stathis* and *John T. Kelton* for respondent.

No. 964. HETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Gordon C. Culp* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Paul C. Summitt* for the United States.

No. 1049. KRONEN *v.* PACIFIC COAST SOCIETY OF ORTHODONTISTS ET AL. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Seymour Farber* for petitioner. *Thomas L. Croft* for respondents.

No. 1050. DEGELOS BROS. GRAIN CORP. *v.* CITY OF NEW ORLEANS ET AL. Sup. Ct. La. Certiorari denied. *Murray F. Cleveland* for petitioner. *Alvin J. Liska* for respondents.

No. 1053. PROVENZANO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Arthur Karger* and *Alfred Donati, Jr.,* for petitioner. *Solicitor General Marshall* for the United States.